UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHRISTIAN VENABLE | ) |
| | ) |
| v. | ) CIVIL NO. 2:17-cv-00302-JDL |
| | ) |
| LEWISTON POLICE DEPARTMENT, et al. | ) |

ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendant Katherine Rooney.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than November 24, 2017, why such service was not timely made, failing which the complaint shall be dismissed.

                                             Jon D. Levy
                                             United States District Judge


                                             By:  /s/ Amy Rydzewski
                                                   Deputy Clerk

Dated this 9th day of November, 2017.