UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CHRISTIAN VENABLE | ) |
| | ) |
| v. | )   CIVIL NO. 2:17-cv-00302-JDL |
| | ) |
| LEWISTON POLICE DEPARTMENT | ) |

ORDER OF DISMISSAL

Plaintiff having failed to show any cause in response to this Court's Order of November 9, 2017, why this action should not be dismissed as to Defendant Katherine Rooney,

IT IS HEREBY ORDERED that this action be and it is DISMISSED as to Defendant Katherine Rooney.

SO ORDERED.

Dated this 28th day of November, 2017.

/s/ Jon D. Levy

Jon D. Levy
U.S. District Judge